# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.__19-_____ |
| v. | : | DATE FILED:___February 7, 2019_____ |
| NATHAN STEWART WEYERMAN | : | VIOLATIONS: |
| | : | **18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 1 count)** |
| | : | **18 U.S.C. § 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count)** |
| | : | **Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

On or about July 9, 2017, in Philadelphia, in the Eastern District of Pennsylvania, the defendant,

## NATHAN STEWART WEYERMAN

knowingly received a visual depiction using a means and facility of interstate commerce, that is, the Internet, and which visual depiction had been transported in and affecting interstate commerce, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 20, 2018, in Philadelphia, in the Eastern District of Pennsylvania, the defendant,

**NATHAN STEWART WEYERMAN**

knowingly possessed matter, that is, a Hewlett-Packard desktop computer, PNY USB thumb drive, Acer laptop computer, and Seagate external hard drive, which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been shipped and transported in interstate and foreign commerce. The production of these visual depictions involved the use of minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, and the visual depictions were of minors engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violations of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B), as set forth in this indictment, defendant

**NATHAN STEWART WEYERMAN**

shall forfeit to the United States of America:

(a)      any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b)      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c)      any property, real or personal, used or intended to be used to commit or to promote the commission of such violations including, but not limited to, items seized from the person and residence of **NATHAN STEWART WEYERMAN**, as follows:

     i.      One (1) Hewlett-Packard desktop computer, serial number MXL024153Y;

     ii.      One (1) PNY USB thumb drive;

     iii.      One (1) Acer laptop computer, serial number LXAYE0x018852159DF2000; and

iv.     One (1) Seagate external hard drive, serial number NA0CA43H.

All pursuant to Title 18, United States Code, Section 2253.

### A TRUE BILL:

_____

**GRAND JURY FOREPERSON**


_____
**WILLIAM M. McSWAIN**
**United States Attorney**