IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIM NO. 19-88 |
| NATHAN STEWART WEYERMAN : | |

**ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE TO ADMIT EVIDENCE OF DEFENDANT'S PRIOR CHILD SEXUAL ASSAULT PURSUANT TO FED. R. EVID. 414 OR, IN THE ALTERNATIVE, PURSUANT TO FED. R. EVID. 404(B)**

AND NOW, this ___ day of October 2019, upon consideration of the Government's Motion in Limine to Admit Evidence of Defendant's Prior Child Sexual Assault Pursuant to Fed. R. Evid. 414 or, in the Alternative, Pursuant to Fed. R. Evid. 404(b), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Government's Motion in Limine to Admit Evidence of Defendant's Prior Child Sexual Assault Pursuant to Fed. R. Evid. 414 or, in the Alternative, Pursuant to Fed. R. Evid. 404(b), is **GRANTED**.

2. The Government is permitted to present evidence of the defendant's prior sexual molestation of his stepdaughter, and evidence of his conviction therefor, at trial in this matter, for all relevant and probative purposes pursuant to Fed. R. Evid. 414, and additionally, in order to prove relevant facts regarding the defendant's intent, plan, knowledge, and absence of mistake pursuant to Fed. R. Evid. 404(b).

_____
HON. PAUL S. DIAMOND
UNITED STATED DISTRICT JUDGE

*Copies provided to counsel of record*