IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :     **CRIM. NO. 19-88** |
| | : |
| **NATHAN STEWART WEYERMAN** | : |

## ORDER

AND NOW, this _____ day of October, 2019, upon consideration of the Government's unopposed motion for extension of time in which to respond to defendant Nathan Stewart Weyerman's motion to suppress evidence [DE 22], it is hereby ordered that:

1. The Government's unopposed motion for extension of time in which to respond to defendant Nathan Stewart Weyerman's motion to suppress evidence [DE 22], is **GRANTED**. The government shall file its response to the defendant's motion to suppress evidence by October 30, 2019.

BY THE COURT:

_____
HON. PAUL DIAMOND
UNITED STATES DISTRICT JUDGE