UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-1896
_____

UNITED STATES OF AMERICA

v.

NATHAN STEWART WEYERMAN,
Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-19-cr-00088-001)
District Judge: Honorable Paul S. Diamond
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
May 5, 2022
_____

Before: CHAGARES, Chief Judge, GREENAWAY, JR., and PORTER, Circuit Judges.
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Circuit L.A.R. 34.1(a) on May 5, 2022.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered on May 10, 2021 is hereby

**AFFIRMED**. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: May 17, 2022

**Certified as a true copy and issued in lieu of a formal mandate on** June 8, 2022

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2